**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
**GOMEZ,**

        Plaintiff,

      - against -

**BL 30 CARMINE NY LLC, ET AL.,**

        Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/14/2020

1:20-cv-07147-ALC
**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Parties are ORDERED to file a joint status report by January 4, 2021.

**SO ORDERED.**

Dated: New York, New York
       December 14, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge